# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| DENNIS D. LINEHAN | Civil No. 18-3385 (JRT/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| DIANA VANG, | |
| Defendant. | |

Dennis D. Linehan, 1111 Highway # 73, Moose Lake, MN 55767, *pro se* plaintiff.

United States Magistrate Judge David T. Schultz issued a Report and Recommendation on April 26, 2019. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The case is **DISMISSED WITHOUT PREJUDICE** for failing to state a claim.

2. Linehan's Application to proceed IFP [ECF No. 2] is **DENIED AS MOOT**.

3. Linehan's Motion to Appoint Counsel [ECF No. 3] is **DENIED AS MOOT**.

4. Linehan's Motion for Preliminary Injunction [ECF No. 4] is **DENIED AS MOOT**.

5. Linehan's Motion for Summons [ECF No. 6] is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 17, 2019
at Minneapolis, Minnesota

                                        s/John R. Tunheim_____
                                        JOHN R. TUNHEIM
                                        Chief Judge
                                        United States District Court